1   SHELDON EISENBERG (SBN 100626)
    sheldon.eisenberg@dbr.com
2   MARSHALL L. BAKER (SBN 300987)
    marshall.baker@dbr.com
3   DRINKER BIDDLE & REATH LLP
    1800 Century Park East
4   Suite 1500
    Los Angeles, California  90067-1517
5   Telephone:  310-203-4000
    Facsimile:   310-229-1285
6
    MICHAEL J. STORTZ (SBN 139386)
7   michael.stortz@dbr.com
    DRINKER BIDDLE & REATH LLP
8   50 Fremont Street, 20th Floor
    San Francisco, California  94105-2235
9   Telephone:  415-591-7500
    Facsimile:   415-591-7510
10
    Attorneys for Defendants
11  FITNESS CLUB MANAGEMENT, LLC,
    HARMAN FITNESS, LLC and VAN NUYS
12  FITNESS, LLC

13              UNITED STATES DISTRICT COURT

14              CENTRAL DISTRICT OF CALIFORNIA

15

16

17  MARITZA CASTRELLON,                 Case No. 2:17-CV-8825
    individually and on behalf of all others
    similarly situated,                 **NOTICE OF REMOVAL**
18
                    Plaintiff,
19
            v.
20
    FITNESS CLUB MANAGEMENT,
21  LLC, a California limited liability
    company; HARMAN FITNESS, LLC, a
22  California limited liability company;
    VAN NUYS FITNESS, LLC, a
23  California limited liability company; and
    DOES 1 through 10, inclusive,
24
                    Defendants.
25

26

27

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF REMOVAL                                    CASE NO. 2:17-CV-8825

1  **NOTICE TO THE CLERK OF THE UNITED STATES DISTRICT**
2  **COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

3       Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants Fitness Club
4  Management, LLC, Harman Fitness, LLC, and Van Nuys Fitness, LLC (collectively,
5  "Defendants") hereby remove this action from the Superior Court of California, Los
6  Angeles County, to the United States District Court for the Central District of
7  California.  In support of this removal, Defendants state as follows:

8                     **JURISDICTIONAL STATEMENT**

9       Plaintiff Maritza Castrellon ("Plaintiff") commenced this action by filing a
10 Complaint against Defendants on October 23, 2017 in the Superior Court of
11 California, Los Angeles County, styled as *Maritza Castrellon v. Fitness Club*
12 *Management, LLC, et al.*, Case No. BC680851.  *See* Plaintiff's Complaint
13 ("Compl.") (attached as part of Exhibit A).

14      Plaintiff purportedly served the Complaint on Defendants on November 9,
15 2017.

16      Plaintiff's Complaint asserts one cause of action:  a federal claim under the
17 Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA").

18      This Court has original, federal question jurisdiction over this action because
19 Plaintiff's claim under the TCPA arises under a federal statute.  *See* 28 U.S.C. §
20 1331 ("The district courts shall have original jurisdiction of all civil actions arising
21 under the Constitution, laws, or treaties of the United States.").  *See also Mims v.*
22 *Arrow Fin. Servs., LLC*, 565 U.S. 368, 386–87 (2012) ("Nothing in the text,
23 structure, purpose, or legislative history of the TCPA calls for displacement of the
24 federal-question jurisdiction U.S. district courts ordinarily have under 28 U.S.C. §
25 1331.").

26      Because this Court has original jurisdiction over this action, Defendants may
27 remove this action to federal court.  *See* 28 U.S.C. § 1441(a) ("[A]ny civil action
28 brought in a State court of which the district courts of the United States have

original jurisdiction, may be removed by the defendant . . . to the district court of the United States for the district and division embracing the place where such action is pending.").

## PROCEDURAL STATEMENT

### A. Timeliness

Pursuant to 28 U.S.C. § 1446(b) and Federal Rule of Civil Procedure 6, Defendants have timely filed this Notice of Removal within thirty (30) days of Plaintiff's purported service of the Complaint.

### Defendants

Pursuant to 28 U.S.C. § 1441(b)(2), Defendants may remove this action without regard to their citizenship because this Court has federal question jurisdiction under Section 1331, meaning the Court's jurisdiction is not based solely on . . . jurisdiction under Section 1332(a)."

### Consent

Pursuant to 28 U.S.C. § 1446(b)(2)(A), all Defendants join in this removal, and there are no other defendants to join in or consent to this removal.

### District

Defendants may remove this action to the Western Division of the Central District of California pursuant to 28 U.S.C. § 1441(a) because this Court embraces the Superior Court of California, Los Angeles County, where the action was commenced. *See* 28 U.S.C. § 84(c)(2).

### Attachments

Pursuant to 28 U.S.C. § 1446(a), copies of the Complaint and any other process, pleadings and orders served upon Defendants as of the date of this Notice of Removal are attached hereto as Exhibit A.

### Evidence

Pursuant to 28 U.S.C. § 1446(a), it is sufficient to provide a "short and plain" allegation of jurisdiction and it is not necessary to attach evidence establishing

1  those allegations.

2  **Notices**

3      Pursuant to 28 U.S.C. § 1446(d), Defendants will promptly file a copy of this

4  Notice of Removal in Los Angeles County Superior Court and will serve Plaintiff

5  with written notice of its filing.

6  **Defenses**

7      By removing this action to this Court, Defendants do not waive any defenses,

8  objections or motions available to it under state or federal law.  Defendants

9  expressly reserve the right to move to dismiss this action or for judgment in their

10  favor pursuant to Rules 12 and 56 of the Federal Rules of Civil Procedure.  In

11  addition, Defendants expressly reserve the right to move to strike or oppose the

12  certification of any putative class pursuant to Federal Rule of Civil Procedure 23.

13      **WHEREFORE**, Defendants respectfully remove this action from the

14  Superior Court of California, Los Angeles County to the United States District Court

15  for the Central District of California, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.

16

17  Dated:  December 7, 2017                    DRINKER BIDDLE & REATH LLP

18

19                                          By: /s/ Marshall L. Baker
                                            _____
20                                          Sheldon Eisenberg
                                            Michael J. Stortz
21                                          Marshall L. Baker

22                                          Attorneys for Defendants
                                            FITNESS CLUB MANAGEMENT,
23                                          LLC, HARMAN FITNESS, LLC and
                                            VAN NUYS FITNESS, LLC

24

25

26

27

28